1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) NO. CR 21-207 YGR
                                      ) **ORDER GRANTING**
14 |      Plaintiff,                  ) NOTICE OF DISMISSAL, REQUEST FOR
                                      ) EXONERATION OF BOND, AND SUGGESTION
15 |   v.                             ) OF DEATH UPON THE RECORD; [P~~ROPOSED~~]
                                      ) ORDER
16 | KEVIN SCOTT SHIPLEY,             )
                                      )
17 |      Defendant.                  )
                                      )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above-captioned information

21 against KEVIN SCOTT SHIPLEY without prejudice and requests that the bond entered as to KEVIN

22 SCOTT SHIPLEY in this matter be exonerated.  The government suggests the death of the defendant

23 during the pendency of this action.

24 ///

25 ///

26 ///

27 ///

28 ///

NOTICE OF DISMISSAL
No. CR 21-00207 YGR_____                                           v. 8/4/2021

A status conference in this case is currently scheduled for November 17, 2021. According to information that the government has received from the Siskiyou County Sheriff's Office, the defendant died on or about October 31, 2021.

DATED: November 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Thomas A. Colthurst*

THOMAS A. COLTHURST
Deputy Chief, Criminal Division

**ORDER**

Leave is granted to the government to dismiss without prejudice the information against KEVIN SCOTT SHIPLEY in the above-captioned case. It is further ordered that the bond entered as to KEVIN SCOTT SHIPLEY in this matter is exonerated.

Date: November 17, 2021

HON. YVONNE GONZALEZ ROGERS
United States District Judge

cc: Counsel; Pretrial Svcs; USM; Financial

NOTICE OF DISMISSAL
No. CR 21-00207 YGR_____    2    v. 8/4/2021